# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>MONTEREY FISH COMPANY, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01985-BLF<br><br>**ORDER LIFTING STAY AND REQUESTING STATUS REPORT RE GENERAL ORDER 56 PROCEDURES BY SEPTEMBER 11, 2018** |

On May 25, 2018, this Court stayed this action pending resolution of Defendant Starbucks, Corp.'s ("Starbucks") motion to transfer to the multi-district litigation panel. *See* ECF 25. On August 2, 2018, the panel denied Starbucks's request to transfer. Accordingly, the stay in this case is lifted. The Court notes that Starbucks failed to comply with the order requiring it to inform the Court of the panel decision within seven days. *See id.* The Court hereby ORDERS a status report from the parties regarding General Order 56 procedures and deadlines on or before **September 11, 2018.**

**IT IS SO ORDERED.**

Dated: August 28, 2018

_____
BETH LABSON FREEMAN
United States District Judge